U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| WILLIAM E. DUGAN, et al. | FILED: APRIL 23, 2008 |
| | 08CV2307        PH |
| v. | JUDGE NORGLE |
| PAVEMENT SAVERS, INC., a Michigan corporation | MAGISTRATE JUDGE COX |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WILLIAM E. DUGAN, et al., Plaintiffs herein

| |
|---|
| NAME (Type or print) <br> Catherine M. Chapman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Catherine M. Chapman |
| FIRM <br> Baum Sigman Auerbach & Neuman, Ltd. |
| STREET ADDRESS <br> 200 W. Adams Street, Suite 2200 |
| CITY/STATE/ZIP <br> Chicago, IL   60606-5231 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6204026 | TELEPHONE NUMBER <br> 312/236-4316 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |