AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

WILLIAM E. DUGAN, et al.

V.

PAVEMENT SAVERS, INC., a Michigan corporation

CASE NUMBER: 08CV2307

ASSIGNED JUDGE: JUDGE NORGLE

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE COX

TO: (Name and address of Defendant)

Pavement Savers, Inc.
c/o Patrick O'Connor, Registered Agent/President
411 Shearer Boulevard
Cocoa, FL 32922
321-635-9500

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cecilia M. Scanlon
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL 60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within   Twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

April 23, 2008
Date



| | |
|---|---|
| WILLIAM DUGAN, ET AL | |
| PLAINTIFF | |
| CORPORATION, | |
| DEFENDANT | |
| 08CV2307 | |
| CASE # | |
| SUMMONS/COMPLAINT | |
| TYPE OF WRIT | |

| DISTRICT | CHICAGO, IL | 083333 | 3422 |
|---|---|---|---|
| COURT | COUNTY | RECEIPT # | WRIT # |

CORPORATION, , 411 SHEARER BLVD, COCOA, FLORIDA - 32922, C/O OR POE :PAVEMENT SAVERS, INC., C/O PATRICK O'CONNOR, REGISTERED A(
SERVE

BAUM, SIGMAN, AUERBACH AND NEUMAN, LTD
200 WEST ADAMS STREET
SUITE 2200
CHICAGO, ILLINOIS - 60606-5231

ATTORNEY

COURT COMMENTS
20 DAY SUMMONS

## SHERIFF'S AFFIDAVIT OF SERVICE

Received this Writ at __1034__. on the __05__ day of __MAY__ A.D. 20__08__, and served the same on __CORPORATION,__
(Corporation-Individual) the within named (Defendant or Garnishee-Witness) at __1645__. on the __05__ day of __MAY__ A.D. 20__08__ in Brevard County, Florida.

__X__ **CORPORATE** By delivering a true copy of this Writ together with the initial pleading with the date and hour of service endorsed thereon by me
    __X__ To: __TIEN, NAUYEN__ as __DIRECTOR__
    of the within named corporation in the absence of any higer ranking officer as defined in F.S.48.081(1).
    ____ To: _____ as registered agent of the within named
    corporation according to F.S.48.081(3)
    ____ To: _____ as an employee of the within named corporation at
    said corporation's place of business service could not be made on the registered agent for the failure to comply with F.S.48.091.

Comments By Server

**MILITARY STATUS :** NOT ACTIVE

ATTEMPTED: 1. _____ 2. _____ 3. _____
           4. _____ 5. _____

CIVIL COSTS
PER BUDGET SYSTEM

| | | |
|---|---|---|
| SERVICE | $20.00 | 1089 |
| LEVY | $0.00 | |
| JAIL FEE | $0.00 | Quantity 1 of 1 |
| TOTAL DEPOSIT | $20.00 | |
| REFUND1 | $0.00 | |
| WITNESS FEE | $0.00 | |

J.R. 'JACK' PARKER, SHERIFF
BREVARD COUNTY, FLORIDA

BY: _____
(FRANCISCO ODZIMOWSKI) ID# :

**ORIGINAL**